NO









NO. 12-10-00279-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

CHARLES MILES, AS
INDEPENDENT

EXECUTOR OF THE ESTATE OF

BETTY LOUISE CARCAMO,
DECEASED   '     APPEAL
FROM THE 294TH

AND SENIOR LIVING
PROPERTIES, LLC,

APPELLANTS

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

VAN PROPERTIES, LLC,                                '     VAN
ZANDT COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellants
have filed an unopposed motion to dismiss this appeal.  In their motion,
Appellants state that the parties have reached a resolution of this dispute and
no longer wish to pursue the appeal.  Because Appellants have met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

Opinion delivered November 24, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)